IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTOPHER FRYETT,            )
                               )
          Plaintiff,           )          8:05CV553
                               )
     v.                        )
                               )
UNION PACIFIC RAILROAD         )          ORDER
and BASS & ASSOCIATES,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 16).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until July 31, 2006, to respond to defendant Union Pacific's first set of interrogatories and first request for production of documents.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court