IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTOPHER FRYETT,            )
                               )
          Plaintiff,           )         8:05CV553
                               )
     v.                        )
                               )
UNION PACIFIC RAILROAD         )         ORDER
and BASS & ASSOCIATES,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendant Bass & Associates' motion to withdraw document (Filing No. 73). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant Bass & Associates' motion to withdraw is granted. Its reply brief in further support of its motion for summary judgment (Filing No. 60) is deemed withdrawn.

DATED this 19th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court