IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER FRYETT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV553 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| and BASS & ASSOCIATES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 80).  The Court finds said stipulation should be approved and adopted.  Accordingly,

    IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed, each party to bear their own costs and attorney fees.

    DATED this 1st day of May, 2007.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court